UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| NRRM, LLC d/b/a CARSHIELD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:18-CV-01898 AGF |
| ) | |
| OMEGA VEHICLE SERVICES, LLC ) | |
| d/b/a DELTA AUTO PROTECT, ) | |
| ) | |
| Defendant. ) | |

## DEFAULT JUDGMENT

This matter is before the Court on Plaintiff's motion for default judgment. ECF No. 6. Defendant has failed to answer or otherwise respond to Plaintiff's complaint, and the Clerk of the Court has entered a default in this action. ECF No. 8.

Accordingly,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

1. Plaintiff's motion is **GRANTED**. ECF No. 6.

2. Defendant and its agents are permanently restrained and enjoined from any and all further use of SHIELD, alone and/or together with CAR, AUTO, and/or any other marks confusingly similar to the CARSHIELD marks, including but not limited to the purchasing of such terms as keywords for advertising on Internet search engines;

3. Defendant and its agents are permanently restrained and enjoined from using

the terms "extended," "warranty," or any similar phrase in connection with vehicle service contracts on any marketing, advertising, or promotional activities, including its website, in violation of 15 U.S.C. §2301;

4. Defendant shall pay Plaintiff's attorney fees in the amount of $2,972.50; and
5. Defendant shall pay costs in the amount of $583.12.

Dated this 29th day of April, 2019.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE